IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IN RE:  DOUGLAS WAYNE WRIGHT and DEBORAH L. WRIGHT     CASE NO.: 03-74601
       Debtors         Chapter 13

DOUGLAS WAYNE WRIGHT and
DEBORAH L. WRIGHT         PLAINTIFFS

VS.         AP NO.: 03-07126

COMPASS BANK         DEFENDANT

### ORDER

COMES NOW BEFORE THE COURT, on October 3, 2003, the Complaint for Turnover filed by the Plaintiff/Debtors, who appeared with their Attorney, Marc Honey, and Christopher Franks appeared on behalf of the Defendant.

From the testimony of the parties and the record herein, the Court does hereby find that the 2000 Ford Ranger is property of the bankruptcy estate.

The Court further finds that the subject vehicle is necessary for Plaintiff/Debtors' effective reorganization and therefore, the Complaint for Turnover should be granted.

IT IS THEREFORE ORDERED, that the Complaint for Turnover is granted; the Motion for Damages is denied; the Defendant shall immediately and forthwith return the 2002 Ford Ranger to the Plaintiffs; that Plaintiffs are hereby required to maintain insurance on said vehicle; and that there will be no further conflict with the employees or representatives of the Defendant.

_/s/ James G. Mixon_
JAMES G. MIXON
U.S. BANKRUPTCY JUDGE
10-15-03
Date: _____

eod by ar
10/16/03

cc:     Jo-Ann L. Goldman, Chapter 13 Trustee
        Marc Honey, Attorney for Plaintiffs, PO Box 1254, Hot Springs, AR  71902
        Christopher Franks, Attorney for Defendant, PO Box 17248, Little Rock, AR  72222